THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MJD INDUSTRIES, LLC, d/b/a ARES TOOL, a Washington limited liability company,<br><br>Plaintiff,<br>v.<br><br>KYTSA ENTERPRISE, CO. LTD. d/b/a OZARK, a Taiwanese company,<br><br>Defendant. | CASE NO. C20-0069-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 35). Plaintiff moves the Court to reconsider its previous order dismissing Plaintiff's claims. (Dkt. No. 33.) Under the Local Civil Rules, "[m]otions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Plaintiff has not met this standard. The motion for reconsideration (Dkt. No. 35) is therefore DENIED.

//

//

DATED this 29th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk